## EXL v. GORDON.

(Supreme Court, Appellate Division, First Department. March 6, 1908.)

Appeal from Special Term, New York County.

Action by Samuel Exl against Amos Gordon. From an order denying a motion for a change of venue, defendant appeals. Reversed, and motion granted.

Argued before PATTERSON, P. J., and INGRAHAM, Mc-LAUGHLIN, CLARKE, and SCOTT, JJ.

Frank H. Osborn, for appellant.
Frank Herwig, for respondent.

PER CURIAM. This is an action brought by the husband upon the same transactions made the subject of the action in Bertha Exl v. Amos Gordon, 108 N. Y. Supp. 1062; and, for the reasons set forth in the memorandum handed down in said action, the order appealed from should be reversed, with $10 costs and disbursements, and the motion for change of venue to Greene county granted, with $10 costs to the appellant.